IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAUREEN BEAUMONT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 20-234 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Patricia L. Dodge |
| ALLEGHENY COUNTY ) | |
| EMERGENCY SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 9, 2021, the Magistrate Judge issued a Report (Doc. 41) recommending that Defendants' Motion to Dismiss (Doc. 37) be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and Defendants have filed Objections. *See* Doc. 42.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: Defendants' Motion to Dismiss (**Doc. 37**) is **DENIED**, and the R&R (Doc. 41) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

May 14, 2021

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

2

cc (via ECF email notification):

All Counsel of Record